# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDEE JACOBSON,<br><br>        Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C17-5252-JPD<br><br>ORDER GRANTING STIPULATED MOTION TO STRIKE PAGE OF AR |

This matter comes before the Court on defendant's stipulated motion for an order striking page 348 of the Sealed Certified Administrative Record/Answer ("AR"), Dkt. 16, because it contains information pertaining to another claimant. Dkt. 18. Defendant's motion, Dkt. 18, is GRANTED, and page 348 of the AR is hereby STRICKEN.

DATED this 28th day of September, 2017.

*James P. Donohue*
_____
JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER - 1